## First Department, October, 1980

### (October 2, 1980)

■ The People of the State of New York, Respondent, v Paula Fiorina, Appellant.—Judgment of resentence of the Supreme Court, New York County, rendered on November 9, 1979, unanimously affirmed. No opinion. Concur—Murphy, P. J., Kupferman, Birns, Lupiano and Yesawich, JJ.

■ The People of the State of New York, Respondent, v Felipe Rivera, True Name, Oscar Cerchar, Appellant.—Judgment, Supreme Court, New York County, rendered on July 8, 1976, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Murphy, P. J., Kupferman, Birns, Lupiano and Yesawich, JJ.

■ Hattie Carnegie Jewelry Enterprises, Ltd., et al., Appellants, v Henry Ash, Respondent. American Arbitration Association, Respondent.—Order, Supreme Court, New York County, entered on December 26, 1979, unanimously affirmed. Fairly read, the subsidiaries were parties to the arbitration agreement. Respondent-respondent shall recover of appellants one bill of $50 costs and disbursements of this appeal. Concur—Sandler, J. P., Ross, Markewich, Silverman and Bloom, JJ.

■ State Tax Commission, Plaintiff, v Fidelity & Deposit Company of Maryland, Defendant and Third-Party Plaintiff-Respondent, and Feature Sports, Inc., Third-Party Defendant. Roy Cohn, Third-Party Defendant-Appellant.—Orders, Supreme Court, New York County, both entered on March 31, 1980, unanimously affirmed, without prejudice to an application at Special Term to modify or clarify the original order of Fraiman, J., for installment payment as that order may be affected by appointment of the receiver. Respondent shall recover of appellant $75 costs and disbursements of these appeals. Concur—Sandler, J. P., Markewich, Silverman and Bloom, JJ.

■ Ruth Petker, as Administratrix of the Estate of Aaron Petker, Deceased, Respondent, v Richard Hornstein, Appellant.—Appeal from order, Supreme Court, New York County, entered on September 6, 1979, unanimously dismissed as academic, without costs and without disbursements, and resettled order of said court entered on May 20, 1980, unanimously affirmed, without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Birns, Fein, Lupiano and Carro, JJ.

■ The People of the State of New York, Respondent, v Phil Doran, Appellant.—Judgment, Supreme Court, New York County, rendered on July 24, 1979, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Sullivan, J. P., Ross, Markewich, Yesawich and Carro, JJ.

■ The People of the State of New York, Respondent, v Joseph Danetra, Appellant.—Judgment, Supreme Court, New York County, rendered on July 24, 1979, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Sullivan, J. P., Ross, Markewich, Yesawich and Carro, JJ.